IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | | |
|---|---|---|
| TRUSTEES OF DENNIS PINES CONDOMINIUM TRUST OF DENNIS, | ) ) ) | Case No. 1:24-cv-10808-AK |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| EDWARD T. PATTEN, DARLENE K. PATTEN, CITIZENS BANK, N.A. f/k/a RBS Citizens, N.A., and UNITED STATES OF AMERICA, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| TRUSTEES OF DENNIS PINES CONDOMINIUM TRUST OF DENNIS, EDWARD T. PATTEN, DARLENE K. PATTEN, CITIZENS BANK, N.A. f/k/a RBS Citizens, N.A., and TOWN OF DENNIS, MASSACHUSETTS, | ) ) ) ) ) ) ) ) | |
| Counterclaim Defendants. | ) | |

**FINAL JUDGMENT**

Upon Counterclaim Plaintiff United States of America's Motion for Summary Judgment,

and the Court having found that such motion should be granted, final judgment is entered, as

follows:

1.      Counterclaim Plaintiff United States of America's motion is GRANTED.

1

2.      The United States has valid and subsisting tax liens, pursuant to 26 U.S.C. § 6321, upon all property and rights to property of Edward T. Patten and Darlene K. Patten, including the real property located at 1146 Route 134, Unit 6D, Dennis, MA (the "Property").

3.      Judgment shall enter in favor of the United States and against all Counterclaim Defendants, enforcing the federal tax liens securing Edward T. Patten's tax liabilities (including all applicable penalties and interest) for tax years 2012-2013 and Edward T. Patten's and Darlene K. Patten's tax liabilities (including all applicable penalties and interest) for their joint tax years 2014-2017, as described in the counterclaim, pursuant to 26 U.S.C. § 7403 against the real property located at 1146 Route 134, Unit 6D, Dennis, MA (the "Property"), by the sale of the entire Property in a judicial sale (including by a receiver if requested by the United States), free and clear of all rights, titles, claims, liens, and interests of the parties, including any rights of redemption, with the proceeds of the sale distributed in accordance with an agreement between and among the Counterclaim Plaintiff United States and the Counterclaim Defendants Citizens Bank, N.A., and Trustees of Dennis Pines Condominium Trust of Dennis (Doc. 33).

**IT IS SO ORDERED, ADJUDGED, and DECREED:**

DATED: March 19, 2026                         /s/ Angel Kelley
                                              Judge Angel Kelley
                                              United States District Judge

2