095

# EXHIBIT E

Form 1040 (2013)    D[redacted] PATTEN    Page 2

| | | | | | |
|---|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income). | | 38 | 28,337 |
| | 39a | Check if: You were born before January 2, 1949, ☐ Blind. ☐ Spouse was born before January 2, 1949, ☐ Blind. Total boxes checked ▶ 39a | | | |
| **Standard Deduction for—** | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here. . ▶ 39b ☐ | | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) or your **standard deduction** (see left margin) | | 40 | 8,950 |
| | 41 | Subtract line 40 from line 38 | | 41 | 19,387 |
| | 42 | Exemptions. If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | | 42 | 3,900 |
| | 43 | **Taxable income.** Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | | 43 | 15,487 |
| • All others: | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ _____ | | 44 | 1,684 |
| Single or Married filing separately, $6,100 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | | 45 | |
| Married filing jointly or Qualifying widow(er), $12,200 | 46 | Add lines 44 and 45 | ▶ | 46 | 1,684 |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | | |
| Head of household, $8,950 | 49 | Education credits from Form 8863, line 19 | 49 | 1,684 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | | |
| | 53 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ _____ | 53 | | |
| | 54 | Add lines 47 through 53. These are your **total credits** | | 54 | 1,684 |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- | ▶ | 55 | 0 |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | | 58 | |
| | 59a | Household employment taxes from Schedule H | | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | | 59b | |
| | 60 | Taxes from: a ☐ Form 8959  b ☐ Form 8960  c ☐ Instructions; enter code(s) _____ | | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** | ▶ | 61 | 0 |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | | |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return | 63 | | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) | 64a | | |
| | b | Nontaxable combat pay election | 64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 | 65 | | |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | | |
| | 67 | Reserved | 67 | | |
| | 68 | Amount paid with request for extension to file | 68 | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | |
| | 71 | Credits from Form: a ☐ 2439  b ☐ Reserved  c ☐ 8885  d ☐ _____ | 71 | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** | ▶ | 72 | 0 |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | | 73 | |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here. ▶ ☐ | | 74a | |
| Direct deposit? See instructions. | ▶ b | Routing number _____  ▶ c Type: ☐ Checking  ☐ Savings | | | |
| | ▶ d | Account number _____ | | | |
| | 75 | Amount of line 73 you want applied to your 2014 estimated tax ▶ | 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions | ▶ | 76 | 0 |
| | 77 | Estimated tax penalty (see instructions) | 77 | | |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] **Yes.** Complete below. ☐ No

Designee's name ▶ Peter D. Arnold, CPA    Phone no. ▶ [redacted]    Personal identification number (PIN) ▶ [redacted]

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| | | | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check [X] if self-employed | PTIN |
|---|---|---|---|---|
| Peter D. Arnold, CPA | Peter D. Arnold, CPA | 3/19/2019 | | [redacted] |
| Firm's name ▶ Peter D. Arnold, CPA | | | Firm's EIN ▶ [redacted] | |
| Firm's address ▶ [redacted] | | | Phone no. [redacted] | |

Form **1040** (2013)

 Department of the Treasury
Internal Revenue Service
P.O. Box 480
Holtsville, NY 11742-0480

| | |
|---|---|
| Notice | 097 |
| Tax Year | 2013 |
| Notice date | June 17, 2024 |
| Taxpayer ID number | |
| To contact us | |
| Your Caller ID | |
| Page 1 of 3 | 29H |



013971.590360.169032.17475 1 AB 0.547 702



013971

 PATTEN

*Darlene Sent letter Dispute 8-2-24*

*NEVER HEARD BACK*

Annual reminder of balance due taxes for tax year 2013

## Amount due: $772.77

We're required to send you this annual reminder explaining the amount you still owe for your 2013 (Form 1040) taxes.

If you are already working with us to address the amount you owe, you have an installment agreement, or we notified you that we suspended enforced collection on your account, you don't need to do anything.

To prevent interest and applicable penalties from continuing to increase, pay the amount due by June 27, 2024.

### Billing Summary

| | |
|---|---|
| Amount you owe | $77 |
| **Amount due by June 27, 2024** | **$77** |

Continued on b

 

| | |
|---|---|
| Notice | CP71C |
| Notice date | June 17, 2024 |
| Taxpayer ID number | |

PATTEN

## Payment

- Make your check or money order payable to the United States Treasury.
- Write your taxpayer identification number ▓▓▓ the tax year (2013), a the form number (1040) on your payment and any correspondence.

Amount due by June 27, 2024                    $772.7

INTERNAL REVENUE SERVICE
OGDEN, UT 84201-0114

| | 098 |
|---|---|
| Notice | CP71C |
| Tax Year | 2013 |
| Notice date | June 17, 2024 |
| Taxpayer ID number | ███████ |
| Page 2 of 3 | 29H |

| **What you need to do immediately** | **If you agree with the amount due and you're not working with an IRS representative** |
|---|---|
| | • Pay the amount due of $772.77 by June 27, 2024, to prevent interest and applicabl penalties from continuing to increase. |
| | • Pay online or mail a check or money order with the attached payment stub. You car pay online now at www.irs.gov/payments. |
| | If we notified you that we suspended enforced collection on your account because it would create a financial hardship (meaning you would be unable to pay basic reasonable living expenses if we levied) and your financial situation has not changed, you don't need to do anything. |
| | **If you disagree with the amount due** |
| | Call us at 800-829-3903 to review your account with a representative. Be sure to have your account information available when you call. |
| | We'll assume you agree with the information in this notice if we don't hear from you. |
| **What you need to know** | **Denial or revocation of United States Passport:** |
| | On December 4, 2015, as part of the Fixing America's Surface Transportation (FAST) Act, Congress enacted Section 7345 of the Internal Revenue Code (IRC), which require the Internal Revenue Service to notify the State Department of taxpayers certified as owing a seriously delinquent tax debt. The FAST Act generally prohibits the State Department from issuing or renewing a passport to a taxpayer with seriously delinquent tax debt. |

| | 099 |
| --- | --- |
| Notice | CP71C |
| Tax Year | 2013 |
| Notice date | June 17, 2024 |
| Taxpayer ID number | ▉▉▉▉▉ |
| Page 3 of 3 | 29H |

013971

## What you need to know – **continued**

### Denial or revocation of United States Passport – **continued**

Seriously delinquent tax debt means an unpaid, legally enforceable federal tax debt of an individual totaling more than $62,000 that has been assessed and for which a Notice of Federal Tax lien has been filed and all administrative remedies under IRC Section 6320 have lapsed or been exhausted, or a levy has been issued. If you are individually liable for tax debt (including penalties and interest) totaling more than $62,000 and you do not pay the amount you owe or make alternate arrangements to pay, we may notify the State Department that your tax debt is seriously delinquent. The State Department generally will not issue or renew a passport to you after we make this notification. If you currently have a valid passport, the State Department may revoke your passport or limit your ability to travel outside the United States. Additional information on passport certification is available at www.irs.gov/passports.

## Payment options

Pay online, by phone, or with a mobile device. Visit IRS.gov/payments or the IRS2Go mobile app for all IRS payment options.

If you plan to mail a payment, consider the electronic options at IRS.gov/payments first. It's free to pay from a bank account (Direct Pay) or the Electronic Federal Tax Payment System (EFTPS). You can also schedule payments and receive email notifications.

If you pay by check, money order, or cashier's check, make sure it's payable to the U.S. Treasury.

Can't pay it all now?
- Apply for a payment plan (installment agreement) at IRS.gov/OPA
- Consider an offer in compromise at IRS.gov/OIC
- Request a temporary collection delay at IRS.gov/tempcollectiondelay

To view the amount you owe and your payment history visit IRS.gov/account.

## If we don't hear from you

Pay $772.77 by June 27, 2024, to avoid interest and any applicable penalty charges.

If you don't pay the amount due or call us to make payment arrangements, we will continue to send you annual reminder notices of your balance due until the statute of limitations for collection expires.

When you do not pay your tax debt, a federal tax lien arises as a claim against all your property. If you don't pay the amount due immediately or make payment arrangements, we can file a Notice of Federal Tax Lien (NFTL) publicly establishing our priority with your creditors and we may levy (subject to any applicable Collection Due Process rights). If we file the NFTL, it may be difficult to sell or borrow against your property. The NFTL may also appear on your credit report.

## Additional information

- Visit www.irs.gov/cp71c
- For tax forms, instructions, and publications, visit www.irs.gov/forms-pubs or call 800-TAX-FORM (800-829-3676).
- You can contact us by mail at the address at the top of the first page of this notice. Be sure to include your taxpayer identification number and the tax year and form number you are writing about.
- Keep this notice for your records.

If you need assistance, please don't hesitate to contact us.







### UNITED STATES POSTAL SERVICE.

EAST DENNIS
1600 MAIN ST
EAST DENNIS, MA 02641-9800
(800)275-8777

08/02/2024                                01:55 PM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.73 |

   Holtsville, NY 11742
   Weight: 0 lb 0.40 oz
   Estimated Delivery Date
     Mon 08/05/2024

| Certified Mail® | | | $4.85 |
|---|---|---|---|

    Tracking #:
     70212720000251141210

| Return Receipt | | | $4.10 |
|---|---|---|---|

    Tracking #:
     9590 9402 8523 3186 9435 29

| Total | | | $9.68 |
|---|---|---|---|

| Grand Total: | | | $9.68 |
|---|---|---|---|

| Debit Card Remit | | | $9.68 |
|---|---|---|---|

   Card Name: MasterCard
   Account #: XXXXXXXXXXXX3337
   Approval #: 698331
   Transaction #: 276
   Receipt #: 015995





Department of the Treasury
Internal Revenue Service
ACS Support - STOP 4-Q26.144
PO Box 8247
Philadelphia, PA 19101-8247



| For your reference | |
|---|---|
| Notice name | LT26 |
| Notice date | 01/14/2025 |
| Case reference number | ▉▉▉▉▉ |
| Taxpayer ID number | ▉▉▉▉▉ |

004350.642084.378571.23588 1 AB 0.593 542



EDWARD T PATTEN

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉



**New quick, easy, and secure online information.**
Visit **IRS.gov/lt26** to learn more and avoid lost time on the phone.

Page 1 of 2

004350

## ⚠ Please file your missing returns.

We're trying to collect unfiled returns from you. We sent previous notices asking for your tax returns for the period listed below. However, we still haven't received any response

---

### What you need to do immediately if you aren't currently working with us:

- **File your missing returns by January 24, 2025.**
  Mail in your tax returns and supporting documents to the address in this letter.
  If you can't file by January 24, 2025, see "IRS Help" section for more information.
- **Pay as much of your balance as you can now:**
  Visit **IRS.gov/payments** to resolve any balances.
- **If you don't believe you have to file or already filed a return:**
  Call to speak with an IRS representative and explain your situation.
- **For more information about your account:**
  Visit **IRS.gov/account** or scan the code to log into your account.



Scan here to login to your onlir account

---

Learn more and avoid waiting on the phone by visiting **IRS.gov/lt26**. If you can't find what you need online, see "IRS Help" section for more information.



| Notice: LT26 | Notice date: 01/14/2025 | TIN: ▓▓▓▓▓▓ | Page 2 of 2 |
|---|---|---|---|

## Summary of missing tax returns

| Tax period ending | Form number | Name of return |
|---|---|---|
| 12/31/2020 | 1040 | US INDIVIDUAL INCOME TAX RETURN |

### If we don't hear from you

If we don't receive your return by January 24, 2025, interest will increase, and additional penalties may apply. You may also be charged with fines and criminal penalties for refusing to comply with the law.

We may also determine your tax for you. This means you may not receive certain deductions or credits that you would otherwise receive if you filed your own return.

### IRS help

If you can't find what you need online or need assistance, you can call the **IRS at 833-282-7220**. Find tax forms or publications by visiting **IRS.gov/forms**.

You can contact us by mail at the following address. Be sure to include your taxpayer identification number, tax year and the form number you are writing about.

**Internal Revenue Service**
**ACS Support - STOP 4-Q26.144**
**PO Box 8247**
**Philadelphia, PA 19101-8247**

### Taxpayer rights and sources for assistance



Scan here to view the Taxpayer Advocate website

The Internal Revenue Code (IRC) gives taxpayers specific rights. The Taxpayer Bill of Rights groups these into 10 fundamental rights. See IRC Section 7803(a)(3). IRS employees are responsible for being familiar with and following these rights. For additional information about your taxpayer rights, please see Publication 1, Your Rights as a Taxpayer, or visit **IRS.gov/taxpayer-bill-of-rights**.

The Taxpayer Advocate Service (TAS) is an independent organization within the IRS that helps taxpayers and protects taxpayers' rights. TAS can offer you help if your tax problem is causing a financial difficulty, you've tried but have been unable to resolve your issue with the IRS, or you believe an IRS system, process, or procedure isn't working as it should. If you qualify for TAS assistance, which is always free, TAS will do everything possible to help you. To learn more, visit **TaxpayerAdvocate.IRS.gov** or call 877-777-4778.

Tax professionals who are independent from the IRS may be able to help you.

Low Income Taxpayer Clinics (LITCs) can represent low-income persons before the IRS or in court. LITCs can also help persons who speak English as a second language. Any services provided by an LITC must be for free or a small fee. To find an LITC near you:

- Go to **TaxpayerAdvocate.IRS.gov/litcmap**;
- Download IRS Publication 4134, Low Income Taxpayer Clinic List, available at **IRS.gov/forms**; or
- Call the IRS toll-free at 800-829-3676 and ask for a copy of Publication 4134.

State bar associations, state or local society of accountants or enrolled agents, or other nonprofit tax professional organizations may also be able to provide referrals.